# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In re:   Morris, Franklin | § | Case No.  05 B 31263 |
|            Morris, Monica | § | |
|            Debtors | § | |
| | § | |

# CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/09/2005.

2) The plan was confirmed on 10/13/2005.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on (NA).

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/08/2009.

5) The case was completed on 02/13/2009.

6) Number of months from filing or conversion to last payment: 42.

7) Number of months case was pending: 43.

8) Total value of assets abandoned by court order: (NA).

9) Total value of assets exempted: $0.00.

10) Amount of unsecured claims discharged without full payment: $36,368.58.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (4/1/2009)

### Receipts:

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $53,761.93 |
| Less amount refunded to debtor | $0 |
| **NET RECEIPTS:** | **$53,761.93** |

### Expenses of Administration:

|  |  |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,503.40 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $3,028.93 |
| Other | $0 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$5,532.33** |
| Attorney fees paid and disclosed by debtor | NA |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Internal Revenue Service | Priority | $24,000.00 | $13,850.27 | $13,850.27 | $13,850.27 | $0 |
| EMC Mortgage Corporation | Secured | $20,000.00 | $19,399.13 | $19,399.13 | $19,399.13 | $0 |
| Washington Mutual Bank FA | Secured | $107,000.00 | NA | NA | $0 | $0 |
| ACSI | Unsecured | $23.00 | NA | NA | $0 | $0 |
| ACSI | Unsecured | $61.00 | NA | NA | $0 | $0 |
| ADT Security Systems | Unsecured | $332.00 | NA | NA | $0 | $0 |
| Advocate MSO Services | Unsecured | $260.00 | NA | NA | $0 | $0 |
| Advocate Professional Group | Unsecured | $59.00 | NA | NA | $0 | $0 |
| American General Finance | Unsecured | NA | $8,169.55 | $8,169.55 | $0 | $0 |
| Asset Acceptance | Unsecured | $283.00 | $254.12 | $254.12 | $0 | $0 |
| Asset Acceptance | Unsecured | $222.00 | $226.76 | $226.76 | $0 | $0 |
| Asset Recovery & Management | Unsecured | $2,894.00 | NA | NA | $0 | $0 |
| Blockbuster Video | Unsecured | $56.00 | NA | NA | $0 | $0 |
| CCSG | Unsecured | $249.00 | $248.87 | $248.87 | $248.87 | $0 |
| CCV Pagemart | Unsecured | $65.00 | NA | NA | $0 | $0 |
| Certegy Payment Recovery Services I | Unsecured | $72.00 | NA | NA | $0 | $0 |
| Certegy Payment Recovery Services I | Unsecured | $506.00 | NA | NA | $0 | $0 |

*(Continued)*

UST Form 101-13-FR-S (4/1/2009)

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Certegy Payment Recovery Services I | Unsecured | $25.00 | NA | NA | $0 | $0 |
| Direct Tv | Unsecured | $158.00 | NA | NA | $0 | $0 |
| Dollar General Corp | Unsecured | $61.00 | NA | NA | $0 | $0 |
| Dollar General Corp | Unsecured | $57.00 | NA | NA | $0 | $0 |
| Equifax Risk Management Services | Unsecured | $985.00 | NA | NA | $0 | $0 |
| Fifth Third Bank | Unsecured | $1,885.00 | NA | NA | $0 | $0 |
| Fifth Third Bank | Unsecured | $866.00 | NA | NA | $0 | $0 |
| First Consumers National Bank | Unsecured | $50.00 | NA | NA | $0 | $0 |
| Ford Motor Credit Corporation | Unsecured | $10,374.00 | NA | NA | $0 | $0 |
| GC Services Corporation | Unsecured | $300.00 | NA | NA | $0 | $0 |
| Harris Trust & Savings Bank | Unsecured | $320.00 | NA | NA | $0 | $0 |
| Household Credit Services | Unsecured | $2,324.00 | NA | NA | $0 | $0 |
| Illiana Credit Corporation | Unsecured | $750.00 | NA | NA | $0 | $0 |
| Internal Revenue Service | Unsecured | NA | $9,864.85 | $9,864.85 | $9,864.85 | $0 |
| J&R Adjustment Truck Co | Unsecured | $314.00 | NA | NA | $0 | $0 |
| Kmart Corp | Unsecured | $158.00 | NA | NA | $0 | $0 |
| Lighthouse Financial Group | Unsecured | $702.00 | $701.91 | $701.91 | $701.91 | $0 |
| Medical Recovery Specialists | Unsecured | $1,211.00 | NA | NA | $0 | $0 |
| Metra TBM-Ill Cent Elec | Unsecured | $155.00 | NA | NA | $0 | $0 |
| Metra Ticket Collection | Unsecured | $55.00 | NA | NA | $0 | $0 |
| Midwestern Telecommunications | Unsecured | $40.00 | NA | NA | $0 | $0 |
| Millenium Credit Consultants | Unsecured | $234.00 | NA | NA | $0 | $0 |
| Money Control | Unsecured | $421.00 | NA | NA | $0 | $0 |
| National Check Control | Unsecured | $188.00 | NA | NA | $0 | $0 |
| NCO Financial Systems | Unsecured | $40.00 | NA | NA | $0 | $0 |
| Nicor Gas | Unsecured | $83.00 | NA | NA | $0 | $0 |
| Northland Group Inc | Unsecured | $418.00 | NA | NA | $0 | $0 |
| Northwestern Medical Faculty | Unsecured | $207.00 | NA | NA | $0 | $0 |
| Northwestern Medical Faculty | Unsecured | $330.00 | NA | NA | $0 | $0 |
| Oak Forest Hospital | Unsecured | $1,026.00 | NA | NA | $0 | $0 |
| Oak Forest Hospital | Unsecured | $1,600.00 | NA | NA | $0 | $0 |
| Oak Forest Hospital | Unsecured | $135.00 | NA | NA | $0 | $0 |
| Oak Forest Hospital | Unsecured | $120.00 | NA | NA | $0 | $0 |
| Premier Bankcard | Unsecured | NA | $460.02 | $460.02 | $460.02 | $0 |
| Protection One | Unsecured | $1,978.00 | NA | NA | $0 | $0 |
| Resurgent Capital Services | Unsecured | $827.00 | $870.74 | $870.74 | $870.74 | $0 |
| RMA | Unsecured | $925.00 | NA | NA | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| RoundUp Funding LLC | Unsecured | $2,097.00 | $2,289.81 | $2,289.81 | $2,289.81 | $0 |
| SBC | Unsecured | $573.00 | NA | NA | $0 | $0 |
| Sports Illustrated | Unsecured | $30.00 | NA | NA | $0 | $0 |
| Sunrise CS | Unsecured | $2,573.00 | NA | NA | $0 | $0 |
| Target Greatland | Unsecured | $414.00 | NA | NA | $0 | $0 |
| TCF Bank | Unsecured | $460.00 | NA | NA | $0 | $0 |
| TeleCheck | Unsecured | $83.00 | NA | NA | $0 | $0 |
| Village of Hazel Crest | Unsecured | $200.00 | NA | NA | $0 | $0 |
| Wal Mart Stores | Unsecured | $230.00 | $544.00 | $544.00 | $544.00 | $0 |
| Wal Mart Stores | Unsecured | $314.00 | NA | NA | $0 | $0 |
| Wal Mart Stores | Unsecured | $25.00 | NA | NA | $0 | $0 |
| Webley Systems Inc | Unsecured | $790.00 | NA | NA | $0 | $0 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0 | $0 | $0 |
| Mortgage Arrearage | $19,399.13 | $19,399.13 | $0 |
| Debt Secured by Vehicle | $0 | $0 | $0 |
| All Other Secured | $0 | $0 | $0 |
| **TOTAL SECURED:** | $19,399.13 | $19,399.13 | $0 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $13,850.27 | $13,850.27 | $0 |
| **TOTAL PRIORITY:** | $13,850.27 | $13,850.27 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $23,630.63 | $14,980.20 | $0 |

UST Form 101-13-FR-S (4/1/2009)

| **Disbursements:** | | |
|---|---|---|
| Expenses of Administration | $5,532.33 | |
| Disbursements to Creditors | $48,229.60 | |
| **TOTAL DISBURSEMENTS:** | | $53,761.93 |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: March 31, 2009        By: /s/ MARILYN O. MARSHALL
                                                    Trustee

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (4/1/2009)